**LAWRENCE M. ROLNICK**
lrolnick@lowenstein.com
**MICHAEL D. LICHTENSTEIN**
mlichtenstein@lowenstein.com
**SARAH BLAINE**
sblaine@lowenstein.com
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: 973-597-2500
Fax: 973-597-2400
*Attorneys for Plaintiff JP Morgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A.,<br><br>                              Plaintiff,<br>            v.<br><br>REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA and REPUBLIC MORTGAGE INSURANCE COMPANY,<br><br>                              Defendants. | Docket No. 2:10-CV-06141-SRC-MAS<br><br>**SUBSTITUTION OF COUNSEL**<br><br>(Document Filed Electronically) |

      Notice is hereby given that Lawrence M. Rolnick, Esq. of Lowenstein Sandler PC substitutes as counsel of record for Plaintiff JPMorgan Chase Bank, N.A. in place of David A. Luttinger of Morgan Lewis & Bockius LLP, former counsel to Lowenstein Sandler PC.  Contact information for Lawrence M. Rolnick is:

      Lawrence M. Rolnick, Esq.
      Lowenstein Sandler PC
      65 Livingston Avenue
      Roseland, New Jersey 07068
      Tel.     973.597.2500
      Fax     973.597.2400
      lrolnick@lowenstein.com

Michael David Lichtenstein of Lowenstein Sandler PC remains counsel for JPMorgan Chase Bank, N.A.

Respectfully submitted,

s/ Lawrence M. Rolnick
Lawrence M. Rolnick, Esq.

August 26, 2011