**LAWRENCE M. ROLNICK**
lrolnick@lowenstein.com
**MICHAEL D. LICHTENSTEIN**
mlichtenstein@lowenstein.com
**SARAH BLAINE**
sblaine@lowenstein.com
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: 973-597-2500
Fax: 973-597-2400
*Attorneys for Plaintiff JP Morgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A.,<br><br>                              Plaintiff,<br>          v.<br><br>REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA and REPUBLIC MORTGAGE INSURANCE COMPANY,<br><br>                              Defendants. | Docket No. 2:10-CV-06141-SRC-MAS<br><br>**NOTICE OF APPEARANCE**<br><br>(Document Filed Electronically) |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff JPMorgan Chase Bank, N.A.

    I certify that I am admitted to practice in this Court.


Dated:  August 26, 2011                  By: s/ Sarah Blaine
                                                        Sarah Blaine