UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A.,<br><br>                     Plaintiff,<br>v.<br><br>REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA and REPUBLIC MORTGAGE INSURANCE COMPANY,<br><br>                     Defendants. | Docket No. 2:10-CV-06141-SRC-MAS<br><br>**ORDER GRANTING<br>PHILIP A. FORTINO, ESQ.,<br>PRO HAC VICE ADMISSION**<br><br>(Document Filed Electronically) |

This matter having been brought before the Court by the application of Lowenstein Sandler PC, counsel for Plaintiff JP Morgan Chase Bank, N.A., in the above-captioned action, for an Order admitting attorney Philip A. Fortino, Esq. *pro hac vice*; and Lowenstein Sandler PC having represented to the Court that no party objects to this application; and for good cause shown,

IT IS on this 31st day of August, 2011

ORDERED that Philip A. Fortino, Esq., of the law firm of Debevoise & Plimpton LLP, shall be admitted *pro hac vice* for the purpose of representing JP Morgan Chase Bank, N.A. in this matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney from Lowenstein Sandler PC, attorneys of record for plaintiff JP Morgan Chase Bank, N.A. in the above-captioned action, who shall be held responsible for said papers, and for the conduct of the case, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

08/26/2011 2081216.1

ORDERED that Mr. Fortino shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rules 1:20-1(b), 1:28-2(a), and 1:28B-1(e) within 20 days from the date of entry of this Order; and it is further

ORDERED that Mr. Fortino shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within 20 days from the date of entry of this Order; and it is further

ORDERED that Mr. Fortino shall, along with his payment of the above fees, submit an E-filing Registration Form to the the Clerk of the United States District Court; and it is further

ORDERED that Mr. Fortino shall file a Notice of Appearance as soon as possible after the entry of this Order; and it is further

ORDERED that Mr. Fortino shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and and it is further

ORDERED that Mr. Fortino shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

**SO ORDERED:**         _____
                                          HON. MICHAEL A. SHIPP, U.S.M.J.