LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------x
                                                                        :
JPMORGAN CHASE BANK, N.A.,                                              :   CASE NO. 2:10-CV-06141-SRC
                                                                        :
      Plaintiff,                                                        :
                                                                        :
    v.                                                                :   **REQUEST BY LOCAL**
                                                                        :   **COUNSEL FOR PRO HAC**
REPUBLIC MORTGAGE INSURANCE                                             :   **VICE ATTORNEY TO**
COMPANY and REPUBLIC MORTGAGE                                           :   **RECEIVE ELECTRONIC**
INSURANCE COMPANY OF NORTH CAROLINA,                                    :   **NOTIFICATION**
                                                                        :
      Defendants.                                                       :
                                                                        :
------------------------------------------------------------------------x

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

   /s/ Sarah Blaine
Sarah Blaine, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
sblaine@lowenstein.com

PRO HAC VICE ATTORNEY INFORMATION:

Andrew J. Ceresney, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022
ajceresney@debevoise.com