LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------x
JPMORGAN CHASE BANK, N.A.,

      Plaintiff,

  v.

REPUBLIC MORTGAGE INSURANCE
COMPANY and REPUBLIC MORTGAGE
INSURANCE COMPANY OF NORTH CAROLINA,

      Defendants.
------------------------------------------------------------------------x

CASE NO. 2:10-CV-06141-SRC

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

   /s/ Sarah Blaine
Sarah Blaine, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
sblaine@lowenstein.com

PRO HAC VICE ATTORNEY INFORMATION:

Philip A. Fortino, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022
pafortino@debevoise.com