**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
Michael S. Meisel
Arianna Frankl
Court Plaza North, 25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(T) 201-489-3000
(F) 201-489-1536

**BUTLER RUBIN**
**SALTARELLI & BOYD LLP**
Michael R. Hassan, *admitted pro hac vice*
Albert E. Fowerbaugh, Jr., *admitted pro hac vice*
Catherine E. Isely, *admitted pro hac vice*
70 West Madison Street, Ste. 1800
Chicago, IL 60602-4257
(T) 312-444-9660
(F) 312-444-9287

*Attorneys for Defendants*
*Republic Mortgage Insurance Company and*
*Republic Mortgage Insurance Company of North Carolina*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | : |
| | : Case No.: 2:10-CV-06141 (SRC) (MAS) |
| Plaintiff, | : |
| | : **DECLARATION OF MICHAEL R.** |
| v. | : **HASSAN IN SUPPORT OF** |
| | : **DEFENDANTS' MOTION TO** |
| REPUBLIC MORTGAGE INSURANCE | : **DISMISS SECOND AMENDED** |
| COMPANY and REPUBLIC | : **COMPLAINT AND FOR MORE** |
| MORTGAGE INSURANCE COMPANY | : **DEFINITE STATEMENT** |
| OF NORTH CAROLINA, | : |
| | : |
| Defendants. | : |
| | : |

Michael R. Hassan, an attorney duly admitted *pro hac vice* in this matter, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm Butler Rubin Saltarelli & Boyd LLP and am fully familiar with the facts and circumstances herein.

2. I submit this declaration in support of defendants Republic Mortgage Insurance Company and Republic Mortgage Insurance Company of North Carolina's (collectively "RMIC") Motion to Dismiss Second Amended Complaint and for More Definite Statement and to place true and correct copies of the documents referenced herein as Exhibits before the Court.

3. Attached hereto as Exhibit A is a copy of mortgage insurance policy No. 34095 issued by RMIC to JP Morgan Chase Bank N.A.

4. Attached hereto as Exhibit B is a copy of mortgage insurance policy No. 53606-35 issued by RMIC to Washington Mutual Bank F.A. (JP Morgan Chase Bank, N.A. and Washington Mutual Bank FSB will be collectively referred to as "Chase".)

5. Attached hereto as Exhibit C is a copy of the Underwriting and Loan Review Agreement between RMIC Corporation and JP Mortgage Chase Bank, N.A.

6. Attached hereto as Exhibit D is a copy of the Underwriting Services Agreement between RMIC Corporation and Washington Mutual Bank and Washington Mutual Bank FSB.

7. Attached hereto as Exhibit E is a copy of the Certificate of Insurance issued for Chase Loan No. 0704631012, which shows that the Chase office involved with this loan is located in Scottsdale, Arizona.

8. Attached hereto as Exhibit F is a copy of the Certificate of Insurance issued for Chase Loan No. 0802331526, which shows that the Chase office involved with this loan is located in Orange, California.

9. Attached hereto as Exhibit G is a copy of the Certificate of Insurance issued for Chase Loan No. 0618053505, which shows that the Chase office involved in this loan is located in Newark, Delaware.

10. Attached hereto as Exhibit H is a copy of the Certificate of Insurance issued for Chase Loan No. 0632155014, which shows that the Chase office involved in this loan is located in Jacksonville, Florida.

11. Attached hereto as Exhibit I is a copy of the Certificate of Insurance issued for Chase Loan No. 0715053047, which shows that the Chase office involved in this loan is located in Miami, Florida.

12. Attached hereto as Exhibit J is a copy of the Certificate of Insurance issued for Chase Loan No. 0726955654, which shows that the Chase office involved in this loan is located in Irvine, California.

13. Attached hereto as Exhibit K is a copy of the Certificate of Insurance issued for Chase Loan No. 0606753004, which shows that the Chase office involved in this loan is located in Charlotte, North Carolina.

14. Attached hereto as Exhibit L is a copy of the Certificate of Insurance issued for Chase Loan No. 0631755015, which shows that the Chase office involved in this loan is located in Irvine, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 26, 2011

_____
Michael R. Hassan

## CERTIFICATE OF SERVICE

I, Arianna Frankl, hereby certify under penalty of perjury, that on September 26, 2011, I caused a copy of the foregoing DECLARATION OF MICHAEL R. HASSAN to be served in accordance with Local Rule 5.2 via electronic means through the Court's ECF filing system on all parties who have appeared in the action.

_s/Arianna Frankl_
Arianna Frankl

482758v2