# EXHIBIT E



REPUBLIC MORTGAGE INSURANCE COMPANY

COMMITMENT/CERTIFICATE

Leg1.77.0    02/27/07
DU

OFFER OF INSURANCE: This form serves as a combined Commitment/Certificate. Republic Mortgage Insurance Company, in reliance on the Insured's representations in the Application, offers to insure against Loss due to Default by the Borrower on the loan described below. This offer is subject to the terms and conditions of the Master Policy, endorsements, and any additional conditions set forth below, and to the Insured's acceptance and certification. Any material misrepresentation in the Application or any revision to the terms and conditions set out below shall void this document unless the revisions are approved in writing by RMIC.

```
FIRST NATIONAL BK OF ARIZONA-COR
17600 N PERIMETER DR
SCOTTSDALE, AZ      85255
```

INSURED'S
NAME
AND
ADDRESS

```
NEWTON, SYLVIA
8791 SW 30TH ST
MIRAMAR          FL    33025
```

BORROWER'S NAME

PROPERTY ADDRESS

| Commitment/Certificate Number | Insured's Identification Number | Branch | Commitment Effective Date | Commitment Expiration Date |
|---|---|---|---|---|
| 0704631012 | 04297 | 06 | 02/27/2007 | 08/27/2007 |

| Master Policy Form Number | Endorsement Form Number(s) | | |
|---|---|---|---|
| MP-1103 | CANEND-2002(8/94) MHEND-4017 (12/05) MPEND-4016 (6/05) | NO REFUND ++ | DELEGATED |

| | | | | | Level |
|---|---|---|---|---|---|
| Loan Amount $ | 323,000 | Insured Amount $323,000.00 | RMIC Plan Number | A409    ++ | |
| | | | INITIAL | (MONTHLY) | |
| Sales Price or Cost $ | 340,000 | Occupancy | PRIMARY RES. | XXXXX Premium $ | 441.43 *** |
| Appraised Value $ | 340,000 | Loan-To-Value Ratio | 95.00% | Less: Amount Paid | .00 |
| | | Optional Guaranty Coverage | 35% | Premium Amount Due $ | Z.I.P.**MTHLY |

$  441.43   MONTHLY XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXth
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXd renewals at the option of the insured.    ANNUALIZED PREMIUM RATE AT 1.640% YEARS
01 THROUGH 10 AND   .200% YEARS 11 THROUGH TERM.

**Zero Initial Premium plan.  Renewal premium billing will begin in the month
of the first scheduled mortgage payment.  First mortgage payment due: __/__/__.

*** FL MUNICIPAL PREMIUM TAX: $    .00(  .000%)  FL SURCHARGE: $  4.41( 1.000%)
ANNUAL PREM/TAX RATE: 1.65637%  TOTAL REMITTANCE (Premium + Tax): $    445.84 <

This Commitment/Certificate premium quotation reflects the loan rate available based upon information and data submitted to RMIC by the Insured.  If the Insured determines that the premium quotation is not accurate, it is the Insured's responsibility to notify RMIC.

The Company has caused this Commitment/Certificate to be signed and sealed by its duly authorized officers in facsimile to become effective as its original seal and signatures and binding on the Company by virtue of countersignature by its duly authorized agent.

AUTHORIZED REPRESENTATIVE

INSURED'S ACCEPTANCE AND CERTIFICATION:  The Insured accepts the RMIC coverage offered and validates this Commitment as a Certificate by certifying that:
 i.   The transaction described above has been duly consummated; and
 ii.  Equity in the property is from the Borrower's own cash unless otherwise disclosed in the Application; and
 iii. Any additional conditions have been or will be satisfied; and
 iv.  The Insured has included, or otherwise attached, its copy of the executed Commitment/Certificate to its original copy of the entire Application package, which becomes a part of the Policy; and
 v.   The Insured remits the premium amount due within 15 days after the Effective Date*.

| Loan Consummation Date | Insured's Loan Number | Insured Amount | Remittance | Date |
|---|---|---|---|---|
| / / | | | Z.I.P. MONTHLY | |

*Effective Date is the later of
the Loan Consummation Date
or the Commitment Effective Date.

Insured's Authorized Signature _____

Telephone # _____        Check here for separate Certificate _____

New Servicing Assignment

_____

_____

New Loan Number _____

Fax
Certificate to:
1-800-386-4007

OR

Send check with certificate to:
Lockbox #402958
Atlanta, GA 30384-2958
Ph: 1-800-898-7642

UPON RECEIPT OF NOTIFICATION FROM THE INSURED THAT MI COVERAGE ON THIS
LOAN WAS CANCELED UNDER THE PROVISIONS OF THE HOMEOWNERS PROTECTION ACT
OF 1998, RMIC WILL REFUND ANY UNEARNED PREMIUM WITHIN 30 DAYS

OF 0002 (Rev. 11/06)

# EXHIBIT F



REPUBLIC MORTGAGE INSURANCE COMPANY

COMMITMENT/CERTIFICATE

Leg1.88.0     04/15/08
DU

OFFER OF INSURANCE: This form serves as a combined Commitment/Certificate. Republic Mortgage Insurance Company, in reliance on the Insured's representations in the Application, offers to insure against Loss due to Default by the Borrower on the Loan described below. This offer is subject to the terms and conditions of the Master Policy, endorsements, and any additional conditions set forth below, and to the Insured's acceptance and certification. Any material misrepresentation in the Application or any revision to the terms and conditions set out below shall void this document unless the revisions are approved in writing by RMIC.

JPMORGAN CHASE BANK, N.A.
770 THE CITY DR STE 2000
ORANGE, CA      93868

INSURED'S
NAME
AND
ADDRESS

MOUTON, DIANE M
81854 VIA PARCO DRIVE
INDIO          CA    92203

BORROWER'S NAME
PROPERTY ADDRESS

| Commitment/Certificate Number | Insured's Identification Number | Branch | Commitment Effective Date | Commitment Expiration Date |
|---|---|---|---|---|
| 0802331526 | 06859 | 08 | 04/15/2008 | 10/15/2008 |

| Master Policy Form Number | Endorsement Form Number(s) | | |
|---|---|---|---|
| MP-1103 | MPEND-4017 (12/05) MPEND-4016 (6/05) | NO REFUND ++ | DELEGATED |

| | | | | | Level 1 |
|---|---|---|---|---|---|
| Loan Amount | $ 335,700 | Insured Amount | $335,700.00 | RMIC Plan Number | BKX4    ++ |
| | | | | INITIAL | (MONTHLY) |
| Sales Price or Cost | $ 394,990 | Occupancy | SECOND HOME | XXXXXr Premium | $ 128.69 |
| Appraised Value | $ 425,000 | Loan-To-Value Ratio | 84.99% | Less: Amount Paid | $ .00 |
| | | Optional Guaranty Coverage | 12% | Premium Amount Due $ | Z.I.P.**MTHLY |

$  128.69   MONTHLY XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXX renewable at the option of the insured.   ANNUALIZED PREMIUM RATE AT  .460% YEARS
01 THROUGH 10 AND  .200% YEARS 11 THROUGH TERM.

**Zero Initial Premium plan.  Renewal premium billing will begin in the month
of the first scheduled mortgage payment.  First mortgage payment due: __/__/__.

This Commitment/Certificate premium quotation reflects the best rate available based upon information and data submitted to RMIC by the Insured. If the Insured determines that the premium quotation is not accurate, it is the Insured's responsibility to notify RMIC.

The Company has caused this Commitment/Certificate to be signed and sealed by its duly authorized officers in facsimile to become effective as its original seal and signatures and binding on the Company by virtue of countersignature by its duly authorized agent.

*Faith H Walker*

AUTHORIZED REPRESENTATIVE

INSURED'S ACCEPTANCE AND CERTIFICATION:  The Insured accepts the RMIC coverage offered and validates this Commitment as a Certificate by certifying that:

   i. The transaction described above has been duly Consummated; and
   ii. Equity in the property is from the Borrower's own cash unless otherwise disclosed in the Application; and
   iii. Any additional conditions have been or will be satisfied; and
   iv. The Insured has included, or otherwise attached, its copy of the executed Commitment/Certificate to its original copy of the entire Application package, which becomes a part of the Policy; and
   v. The Insured remits the premium amount due within 15 days after the Effective Date*.

| Loan Consummation Date | Insured's Loan Number | Insured Amount | Remittance | Date |
|---|---|---|---|---|
| / / | 1769311375 | | Z.I.P. MONTHLY | |

*Effective Date is the later of the Loan Consummation Date or the Commitment Effective Date.

Insured's Authorized Signature _____
Telephone # _____   Check here for separate Certificate _____

New Servicing Assignment

_____
_____
New Loan Number _____

Fax
Certificate to:
1-800-386-4007

OR

Send check with certificate to:
Lockbox #402958
Atlanta, GA 30384-2958
PH:  1-800-899-7642

UPON RECEIPT OF NOTIFICATION FROM THE INSURED THAT MI COVERAGE ON THIS
LOAN WAS CANCELED UNDER THE PROVISIONS OF THE HOMEOWNERS PROTECTION ACT
OF 1998, RMIC WILL REFUND ANY UNEARNED PREMIUM WITHIN 30 DAYS

DP 0002 (Rev. 11/98)

EXHIBIT G



REPUBLIC MORTGAGE INSURANCE COMPANY

COMMITMENT/CERTIFICATE

Leg1.64.0        07/06/06
                         DU

OFFER OF INSURANCE: This form serves as a combined Commitment/Certificate. Republic Mortgage Insurance Company, in reliance on the Insured's representations in the Application, offers to insure against Loss due to Default by the Borrower on the Loan described below. This offer is subject to the terms and conditions of the Master Policy, endorsements, and any additional conditions set forth below, and to the Insured's acceptance and certification. Any material misrepresentation in the Application or any revision to the terms and conditions set out below shall void this document unless the revisions are approved in writing by RMIC.

JPMORGAN CHASE BANK, N.A.    RT
200 CONTINENTAL DR #405
NEWARK, DE            19713

INSURED'S
NAME
AND
ADDRESS

EDWARDS, ELLA L
26 WEILER BEND
WILMINGTON        DE    19810

BORROWER'S NAME

PROPERTY ADDRESS

| Commitment/Certificate Number | Insured's Identification Number | Branch | Commitment Effective Date | Commitment Expiration Date |
|---|---|---|---|---|
| 0618053505 | 10023 | 02 | 07/06/2006 | 01/06/2007 |

| Master Policy Form Number | Endorsement Form Number(s) | | |
|---|---|---|---|
| MP-1103 | MPEND-4017 (12/05) MPEND-4016 (6/05) | NO REFUND ++ | DELEGATED |

| | | | | Level |
|---|---|---|---|---|
| Loan Amount $ | 379,905 | Insured Amount $379,905.00 | RMIC Plan Number | 6WX9     ++ |
| Sales Price or Cost $ | 399,900 | Occupancy  PRIMARY RES. | INITIAL | (MONTHLY) |
| | | | XXXXXt Premium | $ 291.26 |
| Appraised Value $ | 400,000 | Loan-To-Value Ratio  95.00% | Less: Amount Paid | $ .00 |
| | | Optional Guaranty Coverage  30% | Premium Amount Due $ | 291.26 MTHLY |

$  291.26    MONTHLY  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXth
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXX renewable at the option of the Insured.   ANNUALIZED PREMIUM RATE AT  .920% YEARS
01 THROUGH 10 AND  .200% YEARS 11 THROUGH TERM.

This Commitment/Certificate premium quotation reflects the best rate available based upon information and data submitted to RMIC by the Insured. If the Insured determines that the premium quotation is not accurate, it is the Insured's responsibility to notify RMIC.

The Company has caused this Commitment/Certificate to be signed and sealed by its duly authorized officers in facsimile to become effective as its original seal and signature and binding on the Company by value of countersignature by an duly authorized agent.

*Faith A Walker*

AUTHORIZED REPRESENTATIVE

INSURED'S ACCEPTANCE AND CERTIFICATION:  The Insured accepts the RMIC coverage offered and validates this Commitment as a Certificate by certifying that:
  i.   The transaction described above has been duly Consummated; and
  ii.  Equity in the property is from the Borrower's own cash unless otherwise disclosed in the Application; and
  iii. Any additional conditions have been or will be satisfied; and
  iv.  The Insured has included, or otherwise attached, its copy of the executed Commitment/Certificate to its original copy of the entire Application package, which becomes a part of the Policy; and
  v.   The Insured remits the premium amount due within 15 days after the Effective Date*.

| Loan Consummation Date | Insured's Loan Number | Insured Amount | Remittance | Date |
|---|---|---|---|---|
| / / | | | | |

Effective Date is the later of
the Loan Consummation Date
or the Commitment Effective Date.

Insured's Authorized Signature _____

Telephone # _____          Check here for separate Certificate ____

New Servicing Assignment

Fax _____
Certificate to:
1-800-386-4007

OR

Send check with certificate to:
Lockbox #402958
Atlanta, GA 30384-2958
Ph:  1-800-388-7642

New Loan Number _____

UPON RECEIPT OF NOTIFICATION FROM THE INSURED THAT MI COVERAGE ON THIS
LOAN WAS CANCELED UNDER THE PROVISIONS OF THE HOMEOWNERS PROTECTION ACT
OF 1998, RMIC WILL REFUND ANY UNEARNED PREMIUM WITHIN 30 DAYS

GP 0002 (Rev. 11/99)

EXHIBIT H

COMMITMENT/CERTIFICATE

**rmic**
REPUBLIC MORTGAGE INSURANCE COMPANY

Leg1.64.0      11/21/06
                DU

**OFFER OF INSURANCE:** This form serves as a combined Commitment/Certificate. Republic Mortgage Insurance Company, in reliance on the Insured's representations in the Application, offers to insure against Loss due to Default by the Borrower on the Loan described below. This offer is subject to the terms and conditions of the Master Policy, endorsements, and any additional conditions set forth below, and to the Insured's acceptance and certification. Any material misrepresentation in the Application or any revision to the terms and conditions set out below shall void this document unless the revisions are approved in writing by RMIC.

```
WASHINGTON MUTUAL BANK, F.A. -WS
ATTN: 2ND FL
8880 FREEDOM CROSSING TRL
JACKSONVILLE, FL    32256
```

INSURED'S NAME AND ADDRESS

```
BOLTON, JASON
504 ARROWHEAD DRIVE
MCDONOUGH      GA    30252
```

BORROWER'S NAME

PROPERTY ADDRESS

| Commitment/Certificate Number | Insured's Identification Number | Branch | Commitment Effective Date | Commitment Expiration Date |
|---|---|---|---|---|
| 0632155014 | 12954 | 36 | 11/21/2006 | 05/21/2007 |

| Master Policy Form Number | Endorsement Form Number(s) | | |
|---|---|---|---|
| MP-1103 | GACANEND2007(11/94 MPEND-4017 (12/05) MPEND-4016 (6/05) | NO REFUND ++ | DELEGATED |

| | | | | Declining Balance |
|---|---|---|---|---|
| Loan Amount $ | 330,000 | Insured Amount $ 330,000.00 | RMIC Plan Number BU9R ++ | |
| | | | INITIAL (MONTHLY) | |
| Sales Price or Cost $ | 0 | Occupancy PRIMARY RES. | XXXXX Premium $ | 178.75 |
| Appraised Value $ | 370,000 | Loan-To-Value Ratio 89.19% | Less: Amount Paid $ | .00 |
| | | Optional Guaranty Coverage 25% | Premium Amount Due $ | Z.I.P.**MTHLY |

$  178.75   MONTHLY XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXyear and renewable at the option of the Insured AN  ANNUALIZED PREMIUM RATE OF  .65%
FOR MOS.1-12, THEREAFTER AT AN   ANNUALIZED PREMIUM RATE OF  .650%.

**Zero Initial Premium plan.  Renewal premium billing will begin in the month
of the first scheduled mortgage payment.  First mortgage payment due:  __/__/__.

SEAL
RMIC

This Commitment/Certificate premium quotation reflects the best rate available based upon information and data submitted to RMIC by the Insured. If the Insured determines that the premium quotation is not accurate, it is the Insured's responsibility to notify RMIC.

The Company has caused this Commitment/Certificate to be signed and sealed by its duly authorized officers in facsimile to become effective as its original seal and signatures and binding on the Company by virtue of countersignature by its duly authorized agent.

_Faith A Walker_
AUTHORIZED REPRESENTATIVE

**INSURED'S ACCEPTANCE AND CERTIFICATION:**   The Insured accepts the RMIC coverage offered and validates this Commitment as a Certificate by certifying that:
  i. The transaction described above has been duly consummated; and
  ii. Equity in the property is from the Borrower's own cash unless otherwise disclosed in the Application; and
  iii. Any additional conditions have been or will be satisfied; and
  iv. The Insured has included, or otherwise attached, its copy of the executed Commitment/Certificate to its original copy of the entire Application package, which becomes a part of the Policy; and
  v. The Insured remits the premium amount due within 15 days after the Effective Date*.

| Loan Consummation Date | Insured's Loan Number | Insured Amount | Remittance | Date |
|---|---|---|---|---|
| / / | 3011886516 | | Z.I.P. MONTHLY | |

*Effective Date is the later of the Loan Consummation Date or the Commitment Effective Date.

Insured's Authorized Signature _____

Telephone # _____   Check here for separate Certificate ___

New Servicing Assignment

Fax _____

Certificate to:
1-800-386-4007

OR

Send check with certificate to:
Lockbox #402958
Atlanta, GA 30384-2958
Ph:  1-800-999-7642

New Loan Number _____

UPON RECEIPT OF NOTIFICATION FROM THE INSURED THAT MI COVERAGE ON THIS
LOAN WAS CANCELED UNDER THE PROVISIONS OF THE HOMEOWNERS PROTECTION ACT
OF 1998, RMIC WILL REFUND ANY UNEARNED PREMIUM WITHIN 30 DAYS

CP 0002 (Rev. 11/98)

EXHIBIT I

COMMITMENT/CERTIFICATE

**rmic**
REPUBLIC MORTGAGE INSURANCE COMPANY

Leg1.80.2     05/30/07
DU

OFFER OF INSURANCE: This form serves as a combined Commitment/Certificate. Republic Mortgage Insurance Company, in reliance on the Insured's representations in the Application, offers to insure against Loss due to Default by the Borrower on the Loan described below. This offer is subject to the terms and conditions of the Master Policy, endorsements, and any additional conditions set forth below, and to the Insured's acceptance and certification. Any material misrepresentation in the Application or any revision to the terms and conditions set out below shall void this document unless the revisions are approved in writing by RMIC.

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.<br>9555 N. KENDALL DR. #200<br>MIAMI, FL     33176 | INSURED'S NAME AND ADDRESS |
| SALAZAR, JUNE<br>11716 FOLKSTONE COURT<br>WALDORF          MD     20602 | BORROWER'S NAME<br>PROPERTY ADDRESS |

| Commitment/Certificate Number | Insured's Identification Number | Branch | Commitment Effective Date | Commitment Expiration Date |
|---|---|---|---|---|
| 0715053047 | 12904 | 00 | 05/30/2007 | 11/30/2007 |

| Master Policy Form Number | Endorsement Form Number(s) | | |
|---|---|---|---|
| MP-1103 | CANEND-2002(8/94)<br>MPEND-4017 (12/05) MPEND-4016 (6/05) | REFUND | DELEGATED |

| | | | | |
|---|---|---|---|---|
| Loan Amount $ 450,000 | Insured Amount $450,000.00 | RMIC Plan Number  A5ES | Level | |
| Sales Price or Cost $ 500,280 | Occupancy  PRIMARY RES. | INITIAL XXXX Premium $ 341.25 | (MONTHLY) | |
| Appraised Value $ 500,000 | Loan-To-Value Ratio  90.00% | Less: Amount Paid $ .00 | | |
| | Optional Guaranty Coverage  30% | Premium Amount Due $ 341.25 MTHLY | | |

$ 341.25   MONTHLY XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXX renewable at the option of the Insured.   ANNUALIZED PREMIUM RATE AT  .910% YEARS
01 THROUGH 10 AND   .200% YEARS 11 THROUGH TERM.

SEAL

This Commitment/Certificate premium quotation reflects the best rate available based upon information and data submitted to RMIC by the Insured. If the Insured determines that this premium quotation is not accurate, it is the Insured's responsibility to notify RMIC.

The Company has caused this Commitment/Certificate to be signed and sealed by its duly authorized officers in facsimile to become effective as its original seal and signatures and binding on the Company by virtue of countersignature by its duly authorized agent.

Faith A Walker
AUTHORIZED REPRESENTATIVE

INSURED'S ACCEPTANCE AND CERTIFICATION:  The Insured accepts the RMIC coverage offered and validates this Commitment as a Certificate by certifying that:

i. The transaction described above has been duly Consummated; and
ii. Equity in the property is from the Borrower's own cash unless otherwise disclosed in the Application; and
iii. Any additional conditions have been or will be satisfied; and
iv. The Insured has included, or otherwise attached, its copy of the executed Commitment/Certificate to its original copy of the entire Application package, which becomes a part of the Policy; and
v. The Insured remits the premium amount due within 15 days after the Effective Date*.

| Loan Consummation Date | Insured's Loan Number | Insured Amount | Remittance | Date |
|---|---|---|---|---|
| / / | 1574724097 | | | |

*Effective Date is the later of the Loan Consummation Date or the Commitment Effective Date.

Insured's Authorized Signature

Telephone #                    Check here for separate Certificate

New Servicing Assignment

Fax                              Send check with certificate to:
Certificate to:        OR       Lockbox #402958
1-800-386-4007                  Atlanta, GA 30384-2958
New Loan Number                 Ph:  1-800-388-7642

UPON RECEIPT OF NOTIFICATION FROM THE INSURED THAT MI COVERAGE ON THIS
LOAN WAS CANCELED UNDER THE PROVISIONS OF THE HOMEOWNERS PROTECTION ACT
OF 1998, RMIC WILL REFUND ANY UNEARNED PREMIUM WITHIN 30 DAYS

OF 0002 (Rev. 11/99)

# EXHIBIT J

COMMITMENT/CERTIFICATE

**rmic**
REPUBLIC MORTGAGE INSURANCE COMPANY

Leg1.80.2        09/26/07
DU

OFFER OF INSURANCE: This form serves as a combined Commitment/Certificate. Republic Mortgage Insurance Company, in reliance on the Insured's representations in the Application, offers to insure against Loss due to Default by the Borrower on the Loan described below. This offer is subject to the terms and conditions of the Master Policy, endorsements, and any additional conditions set forth below, and to the Insured's acceptance and certification. Any material misrepresentation in the Application or any revision to the terms and conditions set out below shall void this document unless the revisions are approved in writing by RMIC.

|  | INSURED'S NAME AND ADDRESS |
|---|---|
| WASHINGTON MUTUAL BANK F.A.<br>17877 VON KARMAN AVE<br>IRVINE, CA          92614 | |
| GOODWIN, KAREN<br>GOODWIN, TIMOTHY<br>159 PINE KNOB RD<br>CANEYVILLE     KY    42721 | BORROWER'S NAME<br><br>PROPERTY ADDRESS |

| Commitment/Certificate Number | Insured's Identification Number | Branch | Commitment Effective Date | Commitment Expiration Date |
|---|---|---|---|---|
| 0726955654 | 17095 | 03 | 09/26/2007 | 03/26/2008 |

| Master Policy Form Number | Endorsement Form Number(s) | | |
|---|---|---|---|
| MP-1103 | MPEND-4017 (12/05) MPEND-4016 (6/05) | NO REFUND ++ | DELEGATED |

| | | | Declining Balance |
|---|---|---|---|
| Loan Amount $ 70,000 | Insured Amount $ 70,000.00 | RMIC Plan Number | 10FI ++ |
| Sales Price or Cost $ 70,000 | Occupancy PRIMARY RES. | INITIAL<br>XXXXXr Premium | (MONTHLY)<br>$  243.83 *** |
| Appraised Value $ 86,000 | Loan-To-Value Ratio 100.00% * | Less: Amount Paid | .00 |
| | Optional Guaranty Coverage 35% | Premium Amount Due $ Z.I.P.**MTHLY |

$ 243.83   MONTHLY XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXh
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXyear and renewable at the option of the XXXXX. AN ANNUALIZED PREMIUM RATE OF 4.18%
FOR MOS.1-12, THEREAFTER AT AN  ANNUALIZED PREMIUM RATE OF 4.180%.

**Zero Initial Premium plan.  Renewal premium billing will begin in the month
of the first scheduled mortgage payment.  First mortgage payment due: __/__/__.

*** KY MUNICIPAL PREMIUM TAX: $   .00(  .000%)  KY SURCHARGE: $  3.66( 1.500%)
ANNUAL PREM/TAX RATE: 4.24269%   TOTAL REMITTANCE (Premium + Tax): $   247.49 <

This Commitment/Certificate premium quotation reflects the best rate available based upon information and data submitted to RMIC by the Insured. If the Insured determines that the premium quotation is not accurate, it is the Insured's responsibility to notify RMIC.

The Company has caused this Commitment/Certificate to be signed and sealed by its duly *Faith H Walker*
authorized officers in facsimile to become effective as its original seal and signatures and binding
on the Company by virtue of countersignature by its duly authorized agent.

AUTHORIZED REPRESENTATIVE

INSURED'S ACCEPTANCE AND CERTIFICATION:  The Insured accepts the RMIC coverage offered and validates this Commitment as a
Certificate by certifying that:
   i. The transaction described above has been duly Consummated; and
   ii. Equity in the property is from the Borrower's own cash unless otherwise disclosed in the Application; and
   iii. Any additional conditions have been or will be satisfied; and
   iv. The Insured has included, or otherwise attached, its copy of the executed Commitment/Certificate to its original copy of the entire
       Application package, which becomes a part of the Policy; and
   v. The Insured remits the premium amount due within 15 days after the Effective Date*.

| Loan Consummation Date | Insured's Loan Number | Insured Amount | Remittance | Date |
|---|---|---|---|---|
| /   / | 3014596567 | | Z.I.P. MONTHLY | |

*Effective Date is the later of
the Loan Consummation Date
or the Commitment Effective Date.

Insured's Authorized Signature _____

Telephone # _____     Check here for separate Certificate _____

New Servicing Assignment

_____
_____
New Loan Number _____

Fax
**ZiP**
Certificate to:
1-800-386-4007

OR

Send check with certificate to:
Lockbox #402958
Atlanta, GA 30384-2958
Ph: 1-800-399-7642

UPON RECEIPT OF NOTIFICATION FROM THE INSURED THAT MI COVERAGE ON THIS
LOAN WAS CANCELED UNDER THE PROVISIONS OF THE HOMEOWNERS PROTECTION ACT
OF 1998, RMIC WILL REFUND ANY UNEARNED PREMIUM WITHIN 30 DAYS

DP 0002 (Rev. 11/99)

# EXHIBIT K

COMMITMENT/CERTIFICATE



REPUBLIC MORTGAGE INSURANCE COMPANY

Leg1.62      03/08/06
                      DU

OFFER OF INSURANCE: This form serves as a combined Commitment/Certificate. Republic Mortgage Insurance Company, in reliance on the Insured's representations in the Application, offers to insure against Loss due to Default by the Borrower on the Loan described below. This offer is subject to the terms and conditions of the Master Policy, endorsements, and any additional conditions set forth below, and to the Insured's acceptance and certification. Any material misrepresentation in the Application or any revision to the terms and conditions set out below shall void this document unless the revisions are approved in writing by RMIC.

| | | | INSURED'S |
|---|---|---|---|
| JPMORGAN CHASE BANK, N.A.      WS | | THEIR SUCCESSORS | NAME |
| ATTN: ROXBOROUGH BLDG | | OR ASSIGNS AS | AND |
| 1901 ROXBOROUGH RD #406 | | THEIR INTERESTS | ADDRESS |
| CHARLOTTE, NC        28211 | | MAY APPEAR | |

| | | |
|---|---|---|
| WOERNER, THOMAS        OTTINGER, CLIFFORD | | BORROWER'S NAME |
| 9894 VALLEY ROAD | | |
| FORT MILLS        SC    29718 | | PROPERTY ADDRESS |

| Commitment/Certificate Number | Insured's Identification Number | Branch | Commitment Effective Date | Commitment Expiration Date |
|---|---|---|---|---|
| 0606753004 | 00047 | 02 | 03/08/2006 | 09/08/2006 |
| Master Policy Form Number | Endorsement Form Number(s) | | | DELEGATED |
| MP-1103   MPEND-4017 (12/05) MPEND-4016 (6/05) | | | | |

| | | | | | Level |
|---|---|---|---|---|---|
| Loan Amount $ 138,000 | Insured Amount $138,000.00 | RMIC Plan Number | 78ZL | | |
| | | | INITIAL | (MONTHLY) | |
| Sales Price or Cost $ 138,000 | Occupancy  PRIMARY RES. | XXXXX Premium | | $ | 97.75 |
| Appraised Value $ 139,380 | Loan-To-Value Ratio 100.00% * | Less: Amount Paid | | $ | .00 |
| | Optional | | | | |
| | Guaranty Coverage     30% | Premium Amount Due $ | Z.I.P. **MTHLY | | |

$   97.75   MONTHLY  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXX renewable at the option of the Insured.    ANNUALIZED PREMIUM RATE AT  .850% YEARS
             01 THROUGH 10 AND  .200% YEARS 11 THROUGH TERM.

**Zero Initial Premium plan.  Renewal premium billing will begin in the month
of the first scheduled mortgage payment.  First mortgage payment due: __/__/__ .

This Commitment/Certificate premium quotation reflects the best rate available based upon information and data submitted to RMIC by the Insured.  If the Insured determines that the premium quotation is not accurate, it is the Insured's responsibility to notify RMIC.

The Company has caused this Commitment/Certificate to be signed and sealed by its duly authorized officers in facsimile to become effective as its original seal and signatures and binding on the Company by whose or countersignature by its duly authorized agent.        *Faith A Walker*

                                                                AUTHORIZED REPRESENTATIVE

INSURED'S ACCEPTANCE AND CERTIFICATION:  The Insured accepts the RMIC coverage offered and validates this Commitment as a Certificate by certifying that:
  i. The transaction described above has been duly Consummated; and
  ii. Equity in the property is from the Borrower's own cash unless otherwise disclosed in the Application; and
  iii. Any additional conditions have been or will be satisfied; and
  iv. The Insured has included, or otherwise attached, its copy of the executed Commitment/Certificate to its original copy of the entire Application package, which becomes a part of the Policy; and
  v. The Insured remits the premium amount due within 15 days after the Effective Date*.

| Loan Consummation Date | Insured's Loan Number | Insured Amount | Remittance | Date |
|---|---|---|---|---|
| /    / | 1574408155 | | Z.I.P. MONTHLY | |
| *Effective Date is the later of the Loan Consummation Date or the Commitment Effective Date. | Insured's Authorized Signature | | | |
| | Telephone # | | Check here for separate Certificate | |

New Servicing Assignment

| | | |
|---|---|---|
| | Fax | Send check with certificate to: |
| | Certificate to:        OR | Lockbox #402958 |
| | 1-800-386-4007 | Atlanta, GA 30384-2958 |
| New Loan Number | | Ph: 1-800-388-7642 |

UPON RECEIPT OF NOTIFICATION FROM THE INSURED THAT MI COVERAGE ON THIS
LOAN WAS CANCELED UNDER THE PROVISIONS OF THE HOMEOWNERS PROTECTION ACT
OF 1998, RMIC WILL REFUND ANY UNEARNED PREMIUM WITHIN 30 DAYS

DF 0002 (Rev. 11/88)

# EXHIBIT L



COMMITMENT/CERTIFICATE

REPUBLIC MORTGAGE INSURANCE COMPANY

Leg1.64.0     11/13/06
DU

OFFER OF INSURANCE: This form serves as a combined Commitment/Certificate. Republic Mortgage Insurance Company, in reliance on the Insured's representations in the Application, offers to insure against Loss due to Default by the Borrower on the Loan described below. This offer is subject to the terms and conditions of the Master Policy, endorsements, and any additional conditions set forth below, and to the Insured's acceptance and certification. Any material misrepresentation in the Application or any revision to the terms and conditions set out below shall void this document unless the revisions are approved in writing by RMIC.

| | INSURED'S NAME AND ADDRESS |
|---|---|
| WASHINGTON MUTUAL BANK F.A.<br>17877 VON KARMAN AVE<br>IRVINE, CA        92614 | |

| | |
|---|---|
| ROBINSON, ALTAMONT<br>73 LIBERTY STREET<br>STANFORD          CT     06902 | BORROWER'S NAME<br><br>PROPERTY ADDRESS |

| Commitment/Certificate Number | Insured's Identification Number | Branch | Commitment Effective Date | Commitment Expiration Date |
|---|---|---|---|---|
| 0631755015 | 36406 | 03 | 11/13/2006 | 05/13/2007 |

| Master Policy Form Number | Endorsement Form Number(s) | | |
|---|---|---|---|
| MP-1103 | MPEND-4017 (12/05) MPEND-4016 (6/05) | NO REFUND ++ | DELEGATED |

Declining Balance

| Loan Amount | $ 234,000 | Insured Amount | $234,000.00 | RMIC Plan Number | A7KX    ++ |
|---|---|---|---|---|---|
| Sales Price or Cost | $ 0 | Occupancy | PRIMARY RES. | INITIAL (MONTHLY)<br>XXXXX Premium | $ 280.80 |
| Appraised Value | $ 260,000 | Loan-To-Value Ratio | 90.00% | Less: Amount Paid | $ .00 |
| | | Optional Guaranty Coverage | 25% | Premium Amount Due | $ Z.I.P.**MTHLY |

$ 280.80   MONTHLY XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXYear and renewable at the option of the Insured. AN ANNUALIZED PREMIUM RATE OF 1.44%
FOR MOS.1-12, THEREAFTER AT AN  ANNUALIZED PREMIUM RATE OF1.440%.

**Zero Initial Premium plan.  Renewal premium billing will begin in the month
of the first scheduled mortgage payment.  First mortgage payment due: __/__/__.

This Commitment/Certificate premium quotation reflects the best rate available based upon information and data submitted to RMIC by the Insured.  If the Insured determines that the premium quotation is not accurate, it is the Insured's responsibility to notify RMIC.

The Company has caused this Commitment/Certificate to be signed and sealed by its duly authorized officers in facsimile to become effective as its original seal and signature and binding on the Company by virtue of countersignature by its duly authorized agent.

*Faith H Walker*
AUTHORIZED REPRESENTATIVE

INSURED'S ACCEPTANCE AND CERTIFICATION:  The Insured accepts the RMIC coverage offered and validates this Commitment as a Certificate by certifying that:
  i. The transaction described above has been duly Consummated; and
  ii. Equity in the property is from the Borrower's own cash unless otherwise disclosed in the Application; and
  iii. Any additional conditions have been or will be satisfied; and
  iv. The Insured has included, or otherwise attached, its copy of the executed Commitment/Certificate to its original copy of the entire Application package, which becomes a part of the Policy; and
  v. The Insured remits the premium amount due within 10 days after the Effective Date.

| Loan Consummation Date | Insured's Loan Number | Insured Amount | Remittance | Date |
|---|---|---|---|---|
| / / | 3011461930 | | Z.I.P. MONTHLY | |

*Effective Date is the later of
the Loan Consummation Date
or the Commitment Effective Date.

Insured's Authorized Signature _____

Telephone # _____      Check here for separate Certificate _____

New Servicing Assignment

| | | |
|---|---|---|
| _____ | Fax | Send check with certificate to:<br>Lockbox #402958 |
| _____ | Certificate to:     OR | Atlanta, GA 30384-2958 |
| New Loan Number _____ | 1-800-386-4007 | Ph: 1-800-999-7642 |

UPON RECEIPT OF NOTIFICATION FROM THE INSURED THAT MI COVERAGE ON THIS
LOAN WAS CANCELED UNDER THE PROVISIONS OF THE HOMEOWNERS PROTECTION ACT
OF 1998, RMIC WILL REFUND ANY UNEARNED PREMIUM WITHIN 30 DAYS

CP-0002 (Rev. 11/98)