

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201-489-3000   201-489-1536 FAX
—
NEW YORK
—
DELAWARE
—
MARYLAND
—
TEXAS

**Michael S. Meisel**
MEMBER

Reply to New Jersey Office
WRITER'S DIRECT LINE: 201-525-6222
WRITER'S DIRECT FAX: 201-678-6222
WRITER'S E-MAIL: MMEISEL@COLESCHOTZ.COM

October 7, 2011

**Via CM/ECF FILING
and FIRST CLASS MAIL**

Honorable Stanley R. Chesler
United States District Court
  for the District of New Jersey
Martin Luther King, Jr.
  Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    JPMorgan Chase Bank, N.A. v. Republic Mortgage Insurance Co.,
               Civil Action No.: 2:10-cv-6141 (SRC)(MAS)

Dear Judge Chesler:

     Your Honor and Magistrate Shipp recently approved a briefing schedule for a motion to dismiss the amended complaint against our clients, Republic Mortgage Insurance Company and Republic Mortgage Insurance Company of North Carolina.  After we filed the motion to dismiss, we received an electronic notice from the Clerk's Office indicating this case has been reassigned to Judge Martini.

     Because Your Honor heard and granted our earlier motion to dismiss, subject to permitting JP Morgan Chase Bank the opportunity to file an amended complaint, we were surprised at the reassignment at this stage of the case.  We would, of course, be pleased to have either Your Honor or Judge Martini address the merits.  For reasons of judicial economy, however, we raise the issue, in case the reassignment occurred without regard to the history and complexity of this lawsuit, as well as Your Honor's knowledge of the issues.

     Thank you for your consideration and guidance in this matter.

                                        Respectfully submitted,

                                        *s/ Michael S. Meisel*

                                        Michael S. Meisel

MSM:pb

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTORNEYS AT LAW

Honorable Stanley R. Chesler
October 7, 2011
Page 2

cc: Hon. William J. Martini
Hon. Michael A. Shipp
Hon. Mark Falk
Counsel for plaintiff JPMorgan Chase Bank, N.A.

48859/0002-7955714v1