UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------x
:
JPMORGAN CHASE BANK, N.A.,      CASE NO. 2:10-CV-06141-WJM
:
   Plaintiff,
:
   v.      **NOTICE OF APPEARANCE**
:
REPUBLIC MORTGAGE INSURANCE
COMPANY and REPUBLIC MORTGAGE      :
INSURANCE COMPANY OF NORTH CAROLINA,
:
   Defendants.
:
-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the following listed attorney hereby enters his appearance for Plaintiff JPMorgan Chase Bank, N.A., and requests that that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Robert D. Goodman
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
rdgoodman@debevoise.com

Dated: October 7, 2011     /s/ Robert D. Goodman
Robert D. Goodman
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorney for Plaintiff*

*JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2011 I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of Court via the CM/ECF system, which will deliver electronic copies to all Counsel of record registered with CM/ECF.

Dated: October 7, 2011                          /s/ Robert D. Goodman
                                                 Robert D. Goodman

                                                 DEBEVOISE & PLIMPTON LLP
                                                 919 Third Avenue
                                                 New York, NY 10022
                                                 (212) 909-6000

                                                 *Attorney for JPMorgan Chase Bank, N.A.*