LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

JPMORGAN CHASE BANK, N.A.,

       Plaintiff,

v.

REPUBLIC MORTGAGE INSURANCE
COMPANY and REPUBLIC MORTGAGE
INSURANCE COMPANY OF NORTH CAROLINA,

       Defendants.

-----------------------------------------------------------------x

Case No. 2:10-CV-06141 (WJM)

**DECLARATION OF ROBERT D. GOODMAN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT**

ROBERT D. GOODMAN, an attorney duly admitted to practice before the United States District Court for the District of New Jersey, declares pursuant to 28 U.S.C. § 1746,

    1.    I am a partner at Debevoise & Plimpton LLP, counsel to Plaintiff JPMorgan Chase Bank, N.A. ("Chase").

2. I make this Declaration to put before the Court certain facts and other information in support of Chase's opposition to Defendants' motion to dismiss and for a more definite statement.

3. Attached to this Declaration as Exhibit A is a true and correct copy of the Complaint filed in *First Tennessee Bank National Association v. Republic Mortgage Insurance Company*, Civ. No 2:10-cv-02513 (W.D. Tenn. filed July 9, 2010) (ECF No. 1).

4. Attached to this Declaration as Exhibit B is a true and correct copy of the Answer filed in *First Tennessee Bank National Association v. Republic Mortgage Insurance Company*, Civ. No 2:10-cv-02513 (W.D. Tenn. filed Sept. 24, 2010) (ECF No. 22).

5. Attached to this Declaration as Exhibit C is a true and correct copy of the Amended Complaint for Declaratory Judgment filed in *Republic Mortgage Insurance Company v. Countrywide Financial Corporation*, No. 603915/09 (Sup. Ct. N.Y. County filed Jan. 5, 2010).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   New York, New York
               November 7, 2011

*[signature]*

Robert D. Goodman