LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------x
                                                                        :
JPMORGAN CHASE BANK, N.A.,                  Case No. 2:10-CV-06141 (WJM)
                                                                        :
      Plaintiff,
                                                                        :
  v.
                                                                        :  **CERTIFICATE OF SERVICE**
REPUBLIC MORTGAGE INSURANCE
COMPANY and REPUBLIC MORTGAGE                                           :
INSURANCE COMPANY OF NORTH CAROLINA,
                                                                        :
      Defendants.
                                                                        :
------------------------------------------------------------------------x

I**, MICHAEL DAVID LICHTENSTEIN,** of full age, hereby certify as follows:

On November 7, 2011, I caused copies of the following documents filed by Plaintiff JPMorgan Chase Bank, N.A. to be electronically filed and served via the Court's ECF service:

- Memorandum in Opposition to Defendants' Motion to Dismiss and for a More Definite Statement;

- Declaration of Robert D. Goodman in Support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss and for a More Definite Statement; and
- this Certificate Of Service.

I hereby certify that the foregoing factual statements are true.  I am aware that if any of the foregoing factual statements are willfully false, I am subject to punishment.

        **LOWENSTEIN SANDLER PC**
        65 Livingston Avenue
        Roseland, New Jersey  07068
        (973) 597-2500


        By:  <u>s/ Michael David Lichtenstein</u>
              Michael David Lichtenstein
              Lawrence M. Rolnick

        - and -

        Robert D. Goodman
        Andrew J. Ceresney*
        Philip A. Fortino*
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, New York  10022
        (212) 909-6000
        *\* Admitted pro hac vice*

        *Attorneys for Plaintiff JPMorgan Chase Bank, N.A.*


Dated:       November 7, 2011