**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
Michael S. Meisel
Arianna Frankl
Court Plaza North, 25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(T) 201-489-3000
(F) 201-489-1536

**BUTLER RUBIN**
**SALTARELLI & BOYD LLP**
Michael R. Hassan, *admitted pro hac vice*
Albert E. Fowerbaugh, Jr., *admitted pro hac vice*
Catherine E. Isely, *admitted pro hac vice*
70 West Madison Street, Ste. 1800
Chicago, IL 60602-4257
(T) 312-444-9660
(F) 312-444-9287

*Attorneys for Defendants*
*Republic Mortgage Insurance Company and*
*Republic Mortgage Insurance Company of North Carolina*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | : |
| | : Case No.: 2:10-CV-06141 (WJM) (MF) |
| Plaintiff, | : |
| | : **NOTICE OF DEFENDANTS'** |
| v. | : **MOTION TO ENJOIN OR STAY** |
| | : **ARBITRATION** |
| REPUBLIC MORTGAGE | : |
| INSURANCE COMPANY and | : ORAL ARGUMENT REQUESTED |
| REPUBLIC MORTGAGE | : |
| INSURANCE COMPANY OF | : Motion date: July 16, 2012 |
| NORTH CAROLINA, | : |
| | : |
| Defendants. | : |
| | : |

TO: **LOWENSTEIN SANDLER, PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Attn: Lawrence M. Rolnick, Sarah Lynn Blaine
and Michael David Lichtenstein

**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Attn: Robert D. Goodman

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.*

PLEASE TAKE NOTICE that on July 16, 2012, or as soon as counsel may be heard, Defendants Republic Mortgage Insurance Company and Republic Mortgage Insurance Company of North Carolina, by their counsel Cole, Schotz, Meisel, Forman & Leonard, P.A., shall move before the Honorable William J. Martini, U.S.D.J., at the United States District Court for the District of New Jersey, for entry of an Order enjoining, or in the alternative staying, arbitration.

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Defendants shall rely upon the accompanying Memorandum of Law and Declaration of Albert E. Fowerbaugh, Jr.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order granting the motion is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument pursuant to Local Rule 78.1(b) on the return date of the Motion.

Respectfully submitted,

Dated:  June 19, 2012	COLE, SCHOTZ, MEISEL,
	FORMAN & LEONARD, P.A.


	By:____/s/Michael S. Meisel_____
	Michael S. Meisel
	Arianna Frankl
	Court Plaza North, 25 Main Street
	P.O. Box 800
	Hackensack, New Jersey 07602-0800
	(T) 201-489-3000
	(F) 201-489-1536
	mmeisel@coleschotz.com
	afrankl@coleschotz.com

	**BUTLER RUBIN**
	**SALTARELLI & BOYD LLP**
	Michael R. Hassan, *admitted pro hac vice*
	Albert E. Fowerbaugh, Jr., *admitted*
	*pro hac vice*
	Catherine E. Isely, *admitted pro hac vice*
	70 West Madison Street, Ste. 1800
	Chicago, IL 60602-4257
	(T) 312-444-9660
	(F) 312-444-9287
	mhassan@butlerrubin.com
	afowerbaugh@butlerrubin.com
	cisely@butlerrubin.com

	*Attorneys for Defendants*
	*Republic Mortgage Insurance Company and*
	*Republic Mortgage Insurance Company of*
	*North Carolina*

## **CERTIFICATE OF SERVICE**

I, Arianna Frankl, hereby certify under penalty of perjury, that on June 19, 2012, I caused a copy of the foregoing NOTICE OF DEFENDANTS' MOTION TO ENJOIN OR STAY ARBITRATION and annexed [PROPOSED] ORDER to be served in accordance with Local Rule 5.2 via electronic means through the Court's ECF filing system on all parties who have appeared in the action.


          */s/Arianna Frankl*
          Arianna Frankl

493704v1