# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., | : | |
| | : | Case No.: 2:10-CV-06141 (WJM) (MF) |
| Plaintiff, | : | |
| | : | **[PROPOSED] ORDER** |
| v. | : | |
| | : | |
| REPUBLIC MORTGAGE | : | |
| INSURANCE COMPANY and | : | |
| REPUBLIC MORTGAGE | : | |
| INSURANCE COMPANY OF | : | |
| NORTH CAROLINA, | : | |
| | : | |
| Defendants. | : | |
| | : | |

This matter coming to be heard on Defendants' Motion to Enjoin or Stay Arbitration, and this Court having considered the papers and argument presented in connection therewith; and for good cause shown, IT IS HEREBY,

ORDERED that Defendants' Motion to Enjoin or Stay Arbitration is granted; and

ORDERED that Plaintiff has waived its right to arbitrate through its litigation conduct; and

ORDERED that Plaintiff is enjoined from proceeding with Case No. 13 195 01260 12 before the American Arbitration Association.

48859/0002-8623350v1

**[OR ALTERNATIVELY]** ORDERED that Case No. 13 195 01260

12 before the American Arbitration Association is stayed pending entry of a

final judgment in this action.

Entered on this ___ day of _____, 2012.


_____
Hon. William J. Martini, U.S.D.J.


493626v2