# EXHIBIT 2



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Yvonne Baglini, Assistant Vice President
BagliniY@adr.org

Northeast Case Management Center
950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

June 5, 2012

<u>Sent Via Electronic Mail</u>

Brent J. McIntosh, Esq.
Sullivan & Cromwell, LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006-5805

Matthew L. Lippert, Esq.
Christopher B. Greene, Esq.
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY  10004-2498

<u>Sent Via Electronic Mail & First Class Mail</u>

Republic Mortgage Insurance Company
101 North Cherry Street
Suite 101
Winston-Salem, NC  27101-4013

Re: 13 195 01260 12
    JPMorgan Chase Bank, N.A., in its capacity as
    Servicer for Bear Stearns Asset Based Securities I
    Trust 2007-AC6
    and
    Republic Mortgage Insurance Company

Dear Parties:

Thank you for choosing the American Arbitration Association (AAA) to assist you in resolving your dispute. The AAA is committed to providing you with the highest level of service in order to facilitate the resolution of your dispute. This letter, along with the included Arbitration Information Sheet, will serve to provide you with some basic information about the AAA's arbitration process and set forth some initial dates by which certain steps should be completed by the parties. As Manager of ADR Services for the American Arbitration Association, I will be your primary contact for this matter and am here to serve as your resource during the administration of your case. Please do not hesitate to contact me directly with any questions, issues, or concerns. Please note, my staff will be assisting me throughout the administration of the case to ensure that it is handled efficiently and expeditiously. Accordingly, there may be times when you are contacted, on my behalf, by a member of my staff. My staff is comprised of Tami Miller and Thomas Amrhein.

This will acknowledge receipt on May 25, 2012, of a Demand for Arbitration dated May 25, 2012, of a controversy arising out of a contract between the above-captioned parties, containing a clause providing for administration by the AAA. We understand that a copy was sent to Respondent. A copy of our Commercial Arbitration Rules and Mediation Procedures as amended and in effect June 1, 2009, Fee Schedule as amended and in effect June 1, 2010, may be obtained from our website at www.adr.org.

Claimant has requested that the hearing be held in New York, NY. Please review the Rules and the Arbitration Information Sheet regarding the locale of hearings. Also, in accordance with the Rules, if

Respondent does not answer by June 20, 2012 we will assume that the claim is denied. If Respondent wishes to counterclaim, file a copy, together with the administrative fee, to my attention. A copy should also be directly sent to Claimant.

A brief administrative conference call has been scheduled for **June 13, 2012 at 2:00pm EST**. The following dial-in information will connect you to the call:

    Phone #: 888-537-7715        Passcode: 26660608#

The purpose of the administrative conference call is to assist the AAA in administering your case more efficiently and expeditiously. Please see the attached Information Sheet for further information about the topics that will be covered during the call.

Finally, in order to assist the AAA in providing you with arbitrators free from conflicts, I have enclosed a Checklist for Conflicts to list those witnesses you expect to present, as well as any persons or entities with an interest in these proceedings. The checklist should only be sent to the AAA and should not be exchanged between the parties. The Conflicts Checklist is due within fifteen days from the date of this letter, on or before June 20, 2012.

Please feel free to call if you have any questions. I look forward to assisting you in this matter.

Sincerely,

Sharon Durkin
Manager of ADR Services
401 431 4785
sharondurkin@adr.org
SD/ta

Encl.
Arbitration Information Sheet
Conflicts Checklist

## Arbitration Information Sheet

This document provides information about your upcoming arbitration and the expectations concerning each party's conduct throughout the process. Please save this information sheet so that you may refer to it throughout the arbitration.

### Administrative Conference

The AAA may conduct an Administrative Conference with the parties to discuss issues that will assist the Association in administering the case as efficiently as possible. This is also a good time for the parties to discuss ways to conduct the arbitration to meet their specific needs. Please be prepared to discuss the following:

a. estimates on the expected duration of the case;
b. number of arbitrators/party-appointed arbitrator provision;
c. method of appointment of arbitrators, if applicable;
d. your views on the qualifications of the arbitrators to be proposed;
e. the possibility of submitting this dispute to mediation;
f. the handling of extension requests;
g. means of communication between the AAA and the parties;
h. the possibility of utilizing a documents only process.

### Exchange of Correspondence and Documents

It is also important to note that the parties must exchange copies of all correspondence during the course of the arbitration. The two exceptions are the Checklist for Conflicts mentioned above and the party's arbitrator ranking list, which you will receive further information on during the course of the arbitrator appointment process. The parties only need to send copies of documents, such as discovery, to the AAA if the document is to be transmitted to the arbitrator for a determination.

### Communications with Arbitrator

It is very important that parties do not engage in any ex-parte communications with the arbitrator. So as to minimize the potential of such communications, this case will be administered by facilitating the exchange of appropriate written documents through the AAA. To ensure the proper handling of all case-related documents, the parties are asked not to submit correspondence directly to the arbitrator. Correspondence should be submitted to your Manager of ADR Services for transmittal to the arbitrator, copying the other party.

### Timeliness of Filings

Please pay particular attention to response dates included on any correspondence I send you. Untimely filings or responses will not be considered by the Association. Therefore, if you need an extension to any deadline, please contact the other party to reach an agreement. In the event you are unable to agree, the AAA or the arbitrator will determine if an extension will be granted.

### Locale of the Arbitration

The parties may agree to a locale for the arbitration. This agreement can be made in the parties' agreement or contract, or when the arbitration is submitted to the AAA. The AAA will place the arbitration within the agreed upon locale.

If the parties' contract or agreement does not specify a locale and the parties cannot agree on a locale, the AAA's Rules empower the AAA to determine the final locale. In these circumstances, the claimant will generally request that the hearing be held in a specific locale. If the respondent fails to file an objection to the locale requested by the claimant within 15 calendar days after the notice of the request has been sent to it by the AAA, the AAA will confirm the locale requested by the claimant is agreeable.

When a locale objection is filed, each party is requested to submit written statements regarding its reasons for preferring a specific locale. In preparing their written statements, the parties are asked by the administrator to address the following issues:

1. Location of parties & attorneys.
2. Location of witness and documents.
3. Location of records.
4. If construction, location of site, place or materials and the necessity of an on-site inspection.
5. Consideration of relative difficulty in traveling and cost to the parties.
6. Place of performance of contract.
7. Place of previous court actions.
8. Location of most appropriate panel.
9. Any other reasonable arguments that might affect the locale determination.

### AAA WebFile

We invite the parties to visit our website to learn more about how to file and manage your cases online. As part of our administrative service, AAA's WebFile allows parties to perform a variety of case related activities, including:

- File additional claims
- Complete the Checklist for Conflicts form
- View invoices and submit payment
- Share and manage documents
- Strike and rank listed neutrals
- Review case status or hearing dates and times

AAA WebFile provides flexibility because it allows you to work online as your schedule permits - day or night. Cases originally filed in the traditional offline manner can also be viewed and managed online. If the case does not show up when you log in, you may request access to the case through WebFile. Your request will be processed within 24 hours, after review by your Manager of ADR Services.

### Refund Schedule

The Association has a refund schedule in the administrative fee section of the Rules. After 60 days of the Association's receipt of the Demand or the appointment of the arbitrator the filing fees are non-refundable. The Association will only refund filing fees as outlined in the Rules and does not refund neutral costs incurred when parties settle their dispute or withdraw their claims. Case service fees are fully refundable if the parties provide at least 24 hours notice prior to the hearing.

# AMERICAN ARBITRATION ASSOCIATION
## CHECKLIST FOR CONFLICTS

In the Matter of the Arbitration between:

Re: 13 195 01260 12
JPMorgan Chase Bank, N.A., in its capacity as
Servicer for Bear Stearns Asset Based Securities I
Trust 2007-AC6
and
Republic Mortgage Insurance Company

MANAGER OF ADR SERVICES: Sharon Durkin
DATE: June 5, 2012

To avoid the possibility of a last-minute disclosure and/or disqualification of the arbitrator pursuant to the rules, we must advise the arbitrator of the full and complete names of all persons, firms, companies or other entities involved in this matter. Please list below the full names of all interested parties in this case, including, but not limited to, witnesses, consultants, and attorneys. In order to avoid conflicts of interest, parties are requested to also list subsidiary and other related entities. This form will only be used as a list for conflicts, not a preliminary or final witness list. Please note that the AAA will not divulge this information to the opposing party and the parties are not required to exchange this list. This form will, however, be submitted to the arbitrator, together with the filing papers. You should be aware that arbitrators will need to divulge any relevant information in order to make appropriate and necessary disclosures in accordance with the applicable arbitration rules.

For your convenience, this form may be completed online through AAA's WebFile.

| FULL NAME | AFFILIATION | ADDRESS |
| --- | --- | --- |
|   |   |   |

DATED: _____   PARTY: _____
                                                                Please Print