UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Newark                                   Date: 07/10/12

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter:

Other:                                   Docket No. Cv.10-6141

TITLE OF CASE:

JP Morgan Chase Bank
v. Republic Mortgage Ins., Co.


Appearances:

Michael D. Lichtenstein, Robert D. Goodman, Andrew J. Ceresney &
Philip A. Fortino, Counsel for Plaintiffs
Michael Hassan, Catherine Isely & Arianna Frankl, Counsel for
Defendants




NATURE OF PROCEEDINGS: STATUS CONFERENCE


Plaintiff shall produce by 7/27/12 an amended exhibit which
identifies individual policies; the parties are to confer
regarding proceeding with small number of representative claims.


Time Commenced: 12:00 p.m.
Time Adjourned: 1:10 p.m.
Total Time: 1 hour 10 minutes


                              Gail A. Hansen, Deputy Clerk