UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
AMENDED
MINUTES OF PROCEEDINGS

Newark                                                  Date: 11/20/12

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter:

Other:                                           Docket No. Cv. 10-6141

TITLE OF CASE:

JPMorgan Chase Bank, N.A.
v. Republic Mortgage Ins., Co., et al


Appearances:

Andrew J. Ceresney, Counsel for Plaintiff
Michael Meisel, Michael Hassan & Catherine Isely, Counsel for Defendants


NATURE OF PROCEEDINGS: Status Conference

(Consent Order to be submitted to the Court within 7 days of today)


Time Commenced: 10:30 a.m.
Time Adjourned: 11:45 a.m.
Total Time: 1 hour 15 minutes

                                        Gail A. Hansen, Deputy Clerk