UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**REPUBLIC MORTGAGE INSURANCE COMPANY and REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA,**<br><br>**Defendants.** | Civil No. 10-6141<br><br>**ORDER** |

This matter coming to be heard on Defendants' motion to enjoin or stay arbitration; for the reasons set forth in the accompanying opinion; and for good cause shown,

**IT IS** on this 30th day of November 2012,

**ORDERED** that Defendants' motion to enjoin or stay arbitration is **GRANTED**; and it is further

**ORDERED** that JP Morgan Chase Bank, N.A. is **ENJOINED** from proceeding with Case No. 13 195 01260 12 before the American Arbitration Association until further Order of this Court.

                                                /s/ William J. Martini
                                        **WILLIAM J. MARTINI, U.S.D.J.**