UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**REPUBLIC MORTGAGE INSURANCE COMPANY and REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA,**<br><br>**Defendants.** | Civil No. 10-6141<br><br>**ORDER** |

This matter coming to be heard on Defendants' motion to dismiss pursuant to Federal Rule of Procedure 12(b)(6), and their motion for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e); for the reasons set forth in the accompanying opinion; and for good cause shown,

**IT IS** on this 30th day of November 2012,

**ORDERED** that, with respect to the "Remaining Certificates,"[1] Defendants' motion to dismiss is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Count IV is **DISMISSED WITH PREJUDICE** with respect to Certificates 0704631012 and 0802331526; and it is further

---

[1] The Remaining Certificates bear numbers 0631755015, 0606753004, 0632155014, 0704631012, 0715053047 and 0802331526.

2

**ORDERED** that Count V is **DISMISSED WITH PREJUDICE** with respect to all Remaining Certificates; and it is further

**ORDERED** that, with the consent of the parties, the Court will **RESERVE** judgment on the motion to dismiss and the motion for a more definite statement as those motions pertain to Certificates that (1) are not Remaining Certificates; and (2) are identified in Chase's Revised Exhibit A, ECF No. 67-1.

            /s/ William J. Martini
           **WILLIAM J. MARTINI, U.S.D.J.**