

**Arianna Frankl**
MEMBER

**Reply to New York Office**
WRITER'S DIRECT LINE: 646-563-8943
WRITER'S DIRECT FAX: 646-563-7943
WRITER'S E-MAIL: AFRANKL@COLESCHOTZ.COM

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212-752-8000   212-752-8393 FAX
—
NEW JERSEY
—
DELAWARE
—
MARYLAND
—
TEXAS

December 5, 2012

**Via Electronic Case Filing**

Honorable William J. Martini, U.S.D.J.
U.S. District Court for the District of New Jersey
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street - Room 4076
Newark, NJ 07601

    Re:   ***JPMorgan Chase Bank, N.A. v. Republic Mortgage Inc. co., et al.***
             ***Civil Action No. 2:10-CV-06141 (WJM)(MF)***

Dear Judge Martini:

    Pursuant to this Court's November 30, 2012 Opinion and the parties' Consent Order submitted to the Court on December 4, 2012 for approval, Defendants Republic Mortgage Insurance Company and Republic Mortgage Insurance Company of North Carolina ("RMIC") may identify up to six certificates of RMIC's choosing from Revised Exhibit A to the Second Amended Complaint which will, with Plaintiff JPMorgan Chase Bank, N.A.'s six Remaining Certificates, constitute the limited subset of loans as to which litigation will proceed at this time. RMIC advises that it will forego its option of identifying RMIC-selected certificates for addition to this stage of the litigation, and the parties will proceed on the six Remaining Certificates.

                                 Respectfully submitted,

                                 Arianna Frankl

cc:    To all counsel that have appeared in the action (Via ECF)