UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: 2:10-CV-06141(WJM)(MAH) |
| | : |
| REPUBLIC MORTGAGE INSURANCE COMPANY and REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA, | : |
| | : |
| Defendants. | : |

**CONSENT ORDER**

This matter coming before Judge William J. Martini for a status conference on November 28, 2012, counsel for parties being present and the Court being duly informed, and the Court having issued its November 30, 2012 Order and Opinion on Defendants' Motion to Dismiss Second Amended Complaint and for More Definite Statement, IT IS HEREBY ORDERED:

1. Within twenty-one days of entry of this Order, Defendants shall answer the Second Amended Complaint consistent with the Court's November 30, 2012 Order and Opinion and the Federal Rules of Civil Procedure.

2. Defendants may select up to six Additional Certificates from Revised Exhibit A to the Second Amended Complaint on or before ~~Wednesday~~ Friday, December ~~5~~ 14, 2012. 

1

3. Fact discovery is to conclude within ninety (90) days of Defendants' filing of its answer pursuant to Paragraph 1 above, subject to further rulings by this Court.

4. Discovery matters are referred to Magistrate Judge Michael A. Hammer.

5. The parties are to appear for a status conference on *(To be Set by J. Hammer)* to discuss scheduling of expert discovery and dispositive motions, if any.

Entered on this _10_ day of _December,_ 2012.

_____
Hon. William J. Martini, U.S.D.J.

This Order is entered with the consent of the parties.

By: _____
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A
Michael S. Meisel
Arianna Frankl
Court Plaza North, 25 Main St.
P.O. Box 800
Hackensack, NJ 07602-0800
(T) (201) 489-3000
(F) (201) 489-1536
mmeisel@coleschotz.com
afrankl@coleschotz.com

By: _____
LOWENSTEIN SANDLER PC
Lawrence M. Rolnick
Michael D. Lichtenstein
65 Livingston Avenue
Roseland, New Jersey 07068
(T) (973) 597-2500
(F) (973) 597-2409
lrolnick@lowenstein.com
mlichtenstein@lowenstein.com

BUTLER RUBIN
SALTARELLI & BOYD LLP
Michael R. Hassan*
Albert E. Fowerbaugh, Jr.*
Catherine E. Isely*
70 W. Madison St., Ste 1800
Chicago, IL 60602-4257
(T) (312) 444-9660
(F) (312) 444-9287
mhassan@butlerrubin.com
afowerbaugh@butlerrubin.com
cisely@butlerrubin.com

*Attorneys for Defendants
Republic Mortgage Insurance
Company and Republic Mortgage
Insurance Company of North Carolina*

DEBEVOISE & PLIMPTON LLP
Robert D. Goodman
Andrew J. Ceresney*
Philip A. Fortino*
919 Third Avenue
New York, New York 10022
(T) (212) 909-6000
(F) (212) 909-6836
rdgoodman@debevoise.com
ajceresney@debevoise.com
pafortino@debevoise.com

*Attorneys for Plaintiff JPMorgan
Chase Bank, N.A.*

*Admitted pro hac vice