# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 2:10-CV-06141(WJM)(MAH) |
| | : | |
| REPUBLIC MORTGAGE | : | |
| INSURANCE COMPANY and | : | |
| REPUBLIC MORTGAGE | : | |
| INSURANCE COMPANY OF | : | |
| NORTH CAROLINA, | : | |
| | : | |
| Defendants. | | |

## CONSENT ORDER

This matter coming before Magistrate Judge Michael A. Hammer for a status conference on March 15, 2013, counsel for parties being present and the Court being duly informed, IT IS HEREBY ORDERED:

1.  Fact discovery is to be concluded no later than July 1, 2013, subject to further order of this Court or Magistrate Judge Hammer.

5.  The parties next will appear for a status conference before Magistrate Judge Hammer on _June 25, 2013_. At 10:30 A.m.

Entered on this _25th_ day of _March_, 2013.

_____, USMJ

Hon. ~~William J. Martini, U.S.D.J.~~
Michael A. Hammer, USMJ

This Order is entered with the consent of the parties.

By: s/ Arianna Frankl
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A
Michael S. Meisel
Arianna Frankl
Court Plaza North, 25 Main St.
P.O. Box 800
Hackensack, NJ 07602-0800
(T)  (201) 489-3000
(F)  (201) 489-1536
mmeisel@coleschotz.com
afrankl@coleschotz.com

By:  s/ Robert D. Goodman
DEBEVOISE & PLIMPTON LLP
Robert D. Goodman
Andrew J. Ceresney*
Philip A. Fortino*
919 Third Avenue
New York, New York 10022
(T)  (212) 909-6000
(F)  (212) 909-6836
rdgoodman@debevoise.com
ajceresney@debevoise.com
pafortino@debevoise.com

BUTLER RUBIN
SALTARELLI & BOYD LLP
Michael R. Hassan*
Albert E. Fowerbaugh, Jr.*
Catherine E. Isely*
70 W. Madison St., Ste 1800
Chicago, IL  60602-4257
(T) (312) 444-9660
(F) (312) 444-9287
mhassan@butlerrubin.com
afowerbaugh@butlerrubin.com
cisely@butlerrubin.com

*Attorneys for Defendants
Republic Mortgage Insurance
Company and Republic Mortgage
Insurance Company of North Carolina*

*Admitted pro hac vice

LOWENSTEIN SANDLER PC
Lawrence M. Rolnick
Michael D. Lichtenstein
65 Livingston Avenue
Roseland, New Jersey 07068
(T)  (973) 597-2500
(F)  (973) 597-2409
lrolnick@lowenstein.com
mlichtenstein@lowenstein.com

*Attorneys for Plaintiff JPMorgan
Chase Bank, N.A.*