**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
Michael S. Meisel
Arianna Frankl
25 Main Street
Hackensack, New Jersey  07602-0800
(T) (201) 489-3000
(F) (201) 489-1536

*Attorneys for Defendants*
*Republic Mortgage Insurance Company and*
*Republic Mortgage Insurance Company of North Carolina*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,  :  :   Plaintiff,  :  :  v.  :  :  REPUBLIC MORTGAGE INSURANCE  :  COMPANY and REPUBLIC MORTGAGE  :  INSURANCE COMPANY OF NORTH  :  CAROLINA,  :  :   Defendants.  :  : | Case No.: 2:10-CV-06141 (WJM) (MAH) |

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATIONS

Request is hereby made by local counsel for *pro hac vice* counsel Jennifer M. Bisenius to receive electronic notification of all filings and notices in the within matter.

It is represented that:

1. An order of the Court granting a motion for Ms. Bisenius to appear *pro hac vice* in the within matter has been entered; and

2. Ms. Bisenius' admission fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

48859/0002-9377768v1

Ms. Bisenius' contact information for notice purposes is:

| | |
|---|---|
| Name: | Jennifer M. Bisenius, Esq. |
| Address: | Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite #1800<br>Chicago, Illinois 60602 |
| E-Mail: | jbisenius@butlerrubin.com |
| Telephone: | (312) 444-9660 |
| Fax: | (312) 444-9287 |

Dated: April 1, 2013, 2013

*s/ Arianna Frankl*
Arianna Frankl
Michael S. Meisel
Court Plaza North, 25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
(T)  (201) 489-3000
(F)  (201) 489-1536
mmeisel@coleschotz.com
afrankl@coleschotz.com

BUTLER RUBIN SALTARELLI & BOYD LLP
Michael R. Hassan, *admitted pro hac vice*
Albert E. Fowerbaugh, Jr., *admitted pro hac vice*
Catherine E. Isely, *admitted pro hac vice*
Jennifer M. Bisenius, Esq., *admitted pro hac vice*
70 West Madison Street, Ste. 1800
Chicago, Illinois  60602-4257
(T) (312) 444-9660
(F) (312) 444-9287
mhassan@butlerrubin.com
afowerbaugh@butlerrubin.com
cisely@butlerrubin.com
jbisenius@butlerrubin.com

*Attorneys for*
*Republic Mortgage Insurance Company and*
*Republic Mortgage Insurance Company of North*
*Carolina*

## Declaration Of Service

The undersigned hereby declares under penalty of perjury that on April 1, 2013, a true and correct copy of the within Request for *Pro Hac Vice* Attorney To Receive Electronic Notifications was served on all parties that have appeared in the action through filing with the Court's electronic filing system in accordance with Local Rule 5.2.

/s/ *Arianna Frankl*
Arianna Frankl
