# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | : |
| Plaintiff, | : |
| v. | : Case No.: 2:10-CV-06141(WJM)(MAH) |
| REPUBLIC MORTGAGE INSURANCE COMPANY and REPUBLIC MORTGAGE INSURANCE COMPANY OF NORTH CAROLINA, | : |
| Defendants. | : |

## CONSENT ORDER

This matter coming before Magistrate Judge Michael A. Hammer upon joint request of the parties, and the Court being duly informed, IT IS HEREBY ORDERED:

1.  Fact discovery is to be concluded no later than July 29, 2013, subject to further order of the Court.

Entered on this 15th day of July, 2013.

_____
Hon. Michael A. Hammer, U.S.M.J.

46387/0009-9700659v1

This Order is entered with the consent of the parties.

By: _____
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A
Michael S. Meisel
Arianna Frankl
Court Plaza North, 25 Main St.
P.O. Box 800
Hackensack, NJ 07602-0800
(T) (201) 489-3000
(F) (201) 489-1536
mmeisel@coleschotz.com
afrankl@coleschotz.com

By: _____
DEBEVOISE & PLIMPTON LLP
Robert D. Goodman
Philip A. Fortino*
919 Third Avenue
New York, New York 10022
(T) (212) 909-6000
(F) (212) 909-6836
rdgoodman@debevoise.com
pafortino@debevoise.com

BUTLER RUBIN
SALTARELLI & BOYD LLP
Michael R. Hassan*
Albert E. Fowerbaugh, Jr.*
Catherine E. Isely*
70 W. Madison St., Ste 1800
Chicago, IL 60602-4257
(T) (312) 444-9660
(F) (312) 444-9287
mhassan@butlerrubin.com
afowerbaugh@butlerrubin.com
cisely@butlerrubin.com

LOWENSTEIN SANDLER PC
Lawrence M. Rolnick
Michael D. Lichtenstein
65 Livingston Avenue
Roseland, New Jersey 07068
(T) (973) 597-2500
(F) (973) 597-2409
lrolnick@lowenstein.com
mlichtenstein@lowenstein.com

*Attorneys for Defendants
Republic Mortgage Insurance
Company and Republic Mortgage
Insurance Company of North Carolina*

*Attorneys for Plaintiff JPMorgan
Chase Bank, N.A.*

*Admitted pro hac vice